UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEST BUY CO., INC., in its capacity as sponsor and fiduciary for BEST BUY MEDICAL BENEFIT PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>ERIC JANKU, LAW OFFICES OF LOREN SCOTT ETENGOFF, and LOREN SCOTT ETENGOFF, as sole proprietor of the LAW OFFICES OF LOREN SCOTT ETENGOFF<br><br>Defendants. | Case No. C09-5358 FDB<br><br>STIPULATED MOTION FOR DISMISSAL |

Pursuant to FRCP 41(a)(1), Plaintiff and Defendants, by and through their respective attorneys, stipulate and request that all claims, assertions, counterclaims and causes of action by either party be dismissed with prejudice and without an award of costs or fees to either party.

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATED MOTION TO DISMISS- 1**
FIRMWIDE:92245848.1 061304.1004

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | |
|---|---|
| LAW OFFICES OF LOREN S. ETENGOFF | LITTLER MENDELSON, P.C. |
| */s/ Loren S. Etengoff*<br>Loren S. Etengoff, WSBA #11361<br>Attorneys for Defendants,<br>Erik Janku et al. | */s/ Leigh Ann Collings Tift*<br>Leigh Ann Tift, WSBA #11776<br>Noah Lipschultz, *Pro Hac Vice*<br>Attorneys for Plaintiff<br>Best Buy |

IT IS SO ORDERED:

Dated this 9th day of October, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION TO DISMISS- 2**
FIRMWIDE:92245848.1 061304.1004

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300